**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00154-CV
_____

**CELIA MAESTRI AND MICHAEL MAESTRI, Appellants**

**V.**

**LARRY LAWSON AND NANCY LAWSON, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-43517**

---

## MEMORANDUM OPINION

Appellants, Celia Maestri and Michael Maestri, have filed a motion for voluntary dismissal of this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss

the appeal. *See* TEX. R. APP. P.  42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.